IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DOMINION DEVELOPMENT GROUP, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> CINDY BEYERLEIN and <br> BOENNING & SCATTERGOOD, <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | Civil Action No. _____ |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Limited Liability Corp.**,
(type of party)
who is **Dominion Development Group, LLC**, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☐ YES    ☒ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: May 14, 2015