IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - -

DOMINION DEVELOPMENT  :  NO. 3:15-cv-00961-MEM
GROUP,                :
                      :
      Plaintiff,      :  VOLUME II
                      :
vs.                   :
                      :
CINDY BEYERLEIN and   :
BOENNING &            :
SCATTERGOOD,

      Defendants.

- - -

Tuesday, April 26, 2016

- - -

VIDEOTAPED DEPOSITION of TIMOTHY MARKLEY, taken pursuant to notice, held at the law offices of SAUL EWING, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, commencing at 1:10 a.m., before Jean M. Walker, Court Reporter - Notary Public there being present:

Page 2

```
 1  A P P E A R A N C E S:
 2
    PERRUCCI LAW CORPORATION
 3    BY:  ANGELO M. PERRUCCI, JUNIOR, ESQUIRE
         825 Walnut Avenue
 4       Easton, Pennsylvania 18042
         (610) 438-4562
 5       perruccilaw@rcn.com
         Representing the Plaintiff
 6
    LAW OFFICE OF JEFFREY S. KATZ
 7    BY:  JEFFREY S. KATZ, ESQUIRE
         52 Trinity Street
 8       Newton, New Jersey 07860-1815
         (973) 363-5001
 9       katzman53@yahoo.com
         Representing the Plaintiff
10
    THE LAW OFFICES OF GEORGE P. CHADA, P.C.
11    BY:  GEORGE P. CHADA, ESQUIRE
         221 Summit Drive
12       Natrona Heights, Pennsylvania 15065-9710
         (412) 370-8780
13       Gchada@chedalaw.com
         Representing Cindy Beyerlein
14
    SAUL EWING, LLP
15    BY:  JOHN F. STOVIAK, ESQUIRE
         EMILY H. EDMUNDS, ESQUIRE
16       Centre Square West
         1500 Market Street, 38th Floor
17       Philadelphia, Pennsylvania 19102
         (215) 972-7777
18       jstoviak@saul.com
         Representing the Defendant,
19       Boenning & Scattergood
20
         ALSO PRESENT:
21       JONATHAN VADERS - VIDEOGRAPHER
                              U.S. LEGAL
22       LARRY MASI
         JOHN DELLAVECCHIA
23       LUCY MASI
24
25
```

Page 3

```
                  I N D E X

WITNESS                                    PAGE
TIMOTHY MARKLEY
    (Witness sworn.)

DIRECT EXAMINATION
BY:  MR. STOVIAK                              5
CROSS-EXAMINATION
BY:  MR. PERRUCCI                            64

CROSS-EXAMINATION
BY:  MR. CHADA                               68


                E X H I B I T S
NO.         DESCRIPTION                    PAGE

MARKLEY-1   6/1/2009 LETTER                  42

MARKLEY-2   11/7/2015 LETTER                 44

MARKLEY-3   3/14/2009 DOCUMENT               48

MARKLEY-4   AGREEMENT OF SALE                49

MARKLEY-5   LETTER                           49

MARKLEY-6   SYNOPSIS OF FAILED               49
            ATTEMPTS
MARKLEY-7   AFFIDAVIT                        49
```

Page 4

 1  THE VIDEOGRAPHER: This is the
 2  videotaped deposition of Tim Markley in
 3  the matter of Dominion Development Group
 4  versus Cindy Beyerlein and Boenning, et
 5  al., in the United States District Court
 6  for the Middle District of Pennsylvania.
 7  This deposition is being held at Saul
 8  Ewing, LLC on April 26, 2016.
 9       My name is Jonathan Vaders for
10  U.S. Legal Support, and I am the video
11  specialist. The court reporter today is
12  Jean Walker, also from U.S. Legal Support.
13  We are going on the record at 1:09 p.m.
14  Counsel will now state their appearances
15  for the record.
16       MR. STOVIAK: John Stoviak for
17  defendant Boenning & Scattergood.
18       MS. EDMUNDS: Emily Evans for
19  Boenning & Scattergood.
20       MR. CHADA: George Chada on
21  behalf of Dr. Cindy Beyerlein, defendant.
22       MR. KATZ: Jeffrey Katz on
23  behalf of the plaintiff.
24       MR. PERRUCCI: Angelo M.
25  Perrucci, Junior on behalf of the

Page 5

 1  plaintiff.
 2       THE VIDEOGRAPHER: Will the
 3  court reporter please swear in the
 4  witness?
 5           - - -
 6       TIMOTHY MARKLEY, after having
 7  been duly sworn, was examined and
 8  testified as follows:
 9           - - -
10       DIRECT EXAMINATION
11           - - -
12       MR. STOVIAK: Before we start,
13  Mr. Markley, Mr. Perrucci, could you
14  please identify the other people that are
15  present, since I think they are all
16  connected to you?
17       MR. PERRUCCI: Sure. We've got
18  Brian Wheaton, Lucy Masi, John
19  DellaVecchia, are all present here as
20  well.
21       MR. STOVIAK: As well as --
22       MR. PERRUCCI: I'm sorry, as
23  well as the plaintiff, Mr. Masi.
24  BY MR. STOVIAK:
25  Q.   Good afternoon, Mr. Markley, how are you?

Page 34

Scattergood. I don't know. She didn't present, really, much to me at all. When she called me up two weeks later or so, she seemed very concerned about me personally. I asked if she could help me figure out the finances and how so much money could be spent, and we have absolutely nothing to show for it.

Q. What did she say?

A. She said, well, I'll do what I can. She said, Fred is very concerned about you.

Q. What was your relationship with Fred McKillop? I take it you knew him before this?

A. Yes. He had worked for us in the past for a brief time. He worked as a liaison to help us secure some grant money. He told me that he never received the follow-up documentation for the grant money, which helped his -- which hurt his reputation within the community that he works with in Harrisburg.

Q. Who was he supposed to receive the follow-up from?

A. From Mr. Masi. The grants went through Mr. Masi's accounts, and Mr. Masi was supposed to finalize and do reports. Fred said he never got them.

Page 35

Q. Did Ms. Beyerlein and you have some other conversations through 2013 about your personal concerns?

A. Yeah, I explained to her my situation, and she said, you have -- she goes I'll help you whatever I can as a friend. We tried to figure out how to get out of this mess, and it seemed like there was three options; file bankruptcy, make a purchase agreement with Mr. Masi, and she suggested that would be the best thing for me.

Q. For you to buy him out --

A. No, for him to buy me and Lisa out. He wanted to do this development, he wanted to borrow $50 million, he wanted to keep changing the scope, and now he was doing a wellness center and --

Q. What was the third option aside from buying you out or filing bankruptcy?

A. Trying to stabilize the project and take care of the investors and ask Mr. Masi to walk away, because he made this project toxic.

Q. You say he made the project toxic --

A. With the local community.

Q. -- was that your belief before you met Ms. Beyerlein?

A. Yes, for the last several years -- for

Page 36

many years people would say, Tim, how is it going, you're hanging in up there, it turned into, how is your partner -- what's your Masi up to? They'd almost spit it at me.

Q. So your belief prior to ever meeting --

A. Yeah.

Q. -- Cindy Beyerlein was that he made -- he was toxic in the community?

A. Yes.

Q. Okay. Had you asked him to buy you and Lisa out prior to Ms. Beyerlein -- prior to you meeting Cindy Beyerlein?

A. There were discussions over many years of different buyout agreements, but every one of them was convoluted and had strings attached, so starting in 2013, when I asked for records of the finances and stuff and started getting stalled, Cindy Beyerlein recommended that I get in touch with an attorney and try to negotiate a purchase by Mr. Masi.

Q. Did you get in touch with an attorney?

A. I did.

Q. Nicole Plank?

A. Nicole Plank.

Q. What resulted from that?

Page 37

A. There was negotiations back and forth for several months with Mr. Masi's attorney.

Q. Is that Mr. Swayze?

A. Mr. Pete Swayze, whatever his name is.

Q. And was it negotiations over documents or was it negotiations over an actual buyout?

A. We wanted to be bought out and we wanted to get away from Mr. Masi, and we tried several different scenarios that were, in my estimation, very fair, and from the attorney, Plank's, estimation were very fair. The problem was Mr. Masi is not capable of making an honest deal. Every one of them had hooks in me and Lisa. We had to agree to everything that he wanted done or we didn't get our money. The last one we received was that when he got his first five million, we'd get 100,000. When he got his next 10 million, we'd get 150,000. I believe there was no intention to go any further than one or two draws, and leave me and Ms. Lutterschmidt with the bill.

Q. So prior to your meeting Cindy Beyerlein the first time, you wanted to get away from Mr. Masi?

A. Well, by early 2012 -- 2012 -- late 2012, '13, he had already gone behind my back to