# EXHIBIT 2

# Settings Agreement

## Settlement Agreement



**Fox, Nicholas V.** <NFox@saul.com>
10/27/2016 at 11:35 AM

**From:** **Fox, Nicholas V.** <NFox@saul.com>
**Sent:** 10/27/2016 at 11:35 AM
**To:** **David Fuchs** <dfuchs@lampllaw.com>, **Robert Lampl** <rlampl@lampllaw.com>, **'gchada@chadalaw.com'** <gchada@chadalaw.com>, **'perruccilaw@rcn.com'** <perruccilaw@rcn.com>, **'katzman53'** <katzman53@yahoo.com>
**Cc:** **Stoviak, John F.** <JStoviak@saul.com>, **Edmunds, Emily H.** <eedmunds@saul.com>

1 Attachment(s) Total 129.5 KB   View

HARRISBURG-242422 - 2016.10.24 - Boenning - SETTLEMENT AGREEMENT - 3.RTF (129.5 KB)

Counsel:

Pursuant to Judge Mannion's directive at the October 21, 2016 Settlement Conference and the Court's Order that followed, attached is a copy of the Settlement Agreement to memorialize the end of the litigation.  The attached draft, of course, is subject to further review and change by Boenning as the document is finalized.

Very best,

NF

**Nick Fox**

Saul Ewing LLP

t: 717.257.7552 | f: 717.257.7597