# EXHIBIT 8

| | |
|---|---|
| **From:** | Stoviak, John F. |
| **To:** | "gchada@chadalaw.com"; "perruccilaw@rcn.com"; j katz; "David Fuchs"; "Robert Lampl" |
| **Cc:** | Edmunds, Emily H.; Fox, Nicholas V. |
| **Subject:** | FW: Amended Settlement Agreement |
| **Date:** | Monday, November 21, 2016 3:23:45 PM |
| **Attachments:** | HARRISBURG-242422 - 2016.10.24 - Boenning - SETTLEMENT AGREEMENT - 5.RTF |
| **Importance:** | High |

Attached please find a slightly revised version of the Settlement Agreement showing as red-lined changes, my edits to the Beyerlein Release in Paragraph 3. As you will see, I propose to attach the Transcript of Proceedings as an exhibit and limit the claims reserved to the claims identified in the Transcript of Proceedings, which did not include any reservation to bring claims against Plaintiff's counsel.

Please advise ASAP that the changes are agreeable and I will have Nick Fox circulate execution copies for everyone to sign. Thanks.

John F. Stoviak
215-972-1095 (o)
215-460-2944 (c)



**From:** perruccilaw@rcn.com [mailto:perruccilaw@rcn.com]
**Sent:** Monday, November 21, 2016 11:15 AM
**To:** Stoviak, John F.; Fox, Nicholas V.; Edmunds, Emily H.; Robert Lampl; David Fuchs; gchada@chadalaw.com
**Cc:** j katz
**Subject:** Amended Settlement Agreement

Counsel,

Upon receipt of the Settlement Agreement received Friday afternoon, Attorney Katz and I offer the following:

The settlement agreement clearly does not accurately reflect what was discussed and agreed to before Judge Mannion.

"Claims against Plaintiff's counsel" was not an exception that was agreed to on October 21st.

Regarding "Other claims as established by the Court on October 21, 2016", this stipulation is vague and undefined.

Kindly advise by 5:00 p.m. EST today as to whether the above two exceptions will be removed from the proposed agreement. Otherwise, I will schedule another conference to be held with Judge Mannion as soon as possible.

Angelo M. Perrucci, Jr., Esquire
PERRUCCI LAW CORPORATION
825 Walnut Ave
Easton, PA 18042
610-438-4562 (main)
610-438-4985 (fax)
perruccilaw@rcn.com

CONFIDENTIALITY NOTE: This message is protected by The Electronic Communications Privacy Act, 18 U.S.C. sec. 2510, et seq. It is intended only for the recipient(s) indicated above. If you have received this message by mistake, YOU ARE NOT AUTHORIZED TO READ IT, COPY IT, DISTRIBUTE IT OR MAKE ANY OTHER USE OF IT. Please call (610) 438-4562 (collect if necessary) or e-mail us. Please delete the original and all copies of this transmission.

We appreciate that it was our mistake, but you may be liable for damages or other consequences if you mishandle this message. We apologize for any inconvenience we may have caused.

---

**From:** "Nicholas V. Fox" <NFox@saul.com>
**To:** "katzman53" <katzman53@yahoo.com>, "perruccilaw@rcn.com" <perruccilaw@rcn.com>
**Cc:** "John F. Stoviak" <JStoviak@saul.com>, "Emily H. Edmunds" <eedmunds@saul.com>
**Sent:** Friday, November 18, 2016 3:23:20 PM
**Subject:** FW: Settlement Agreement

Angelo,

Attached is the annotated Settlement Agreement containing feedback from George Chada. Mr. Chada's edits are contained in Section 3 of the Settlement Agreement. In response to Mr. Chada's edits, we added language in Section 3, subsection 4; and also in Section 4 on Boenning's behalf.

If you are amenable to the Settlement Agreement as written, we can proceed to finalize the document.

Very best,

NF

**Nick Fox**
Saul Ewing LLP
t: 717.257.7552 | f: 717.257.7597



**From:** Fox, Nicholas V.
**Sent:** Wednesday, November 16, 2016 4:53 PM
**To:** 'perruccilaw@rcn.com'; 'katzman53'
**Cc:** Stoviak, John F.; Edmunds, Emily H.
**Subject:** FW: Settlement Agreement

Angelo,

We received some proposed edits yesterday from Mr. Chada. We are in the processes of reviewing them, and we intend to reach out to you on this in the coming day or so.

Thanks, Angelo.

NF

**Nick Fox**
Saul Ewing LLP
t: 717.257.7552 | f: 717.257.7597

**From:** perruccilaw@rcn.com [mailto:perruccilaw@rcn.com]
**Sent:** Wednesday, November 16, 2016 3:28 PM
**To:** Robert Lampl; David Fuchs; gchada@chadalaw.com
**Cc:** Stoviak, John F.; Fox, Nicholas V.; Edmunds, Emily H.; katzman53
**Subject:** Settlement Agreement

Counsel,

It is my understanding that Defendant Beyerlein's counsel promised feedback on the settlement agreement by last Friday.

Any news?

Angelo

PERRUCCI LAW CORPORATION
825 Walnut Ave
Easton, PA 18042
610-438-4562 (main)
610-438-4985 (fax)
perruccilaw@rcn.com

CONFIDENTIALITY NOTE: This message is protected by The Electronic Communications Privacy Act, 18 U.S.C. sec. 2510, et seq. It is intended only for the recipient(s) indicated above. If you have received this message by mistake, YOU ARE NOT AUTHORIZED TO READ IT, COPY IT, DISTRIBUTE IT OR MAKE ANY OTHER USE OF IT. Please call (610) 438-4562 (collect if necessary) or e-mail us. Please delete the original and all copies of this transmission.

We appreciate that it was our mistake, but you may be liable for damages or other consequences if you mishandle this message. We apologize for any inconvenience we may have caused.


"Saul Ewing LLP <saul.com>" made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~~+