# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINION DEVELOPMENT GROUP, LLC.,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-0961 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| **CINDY BEYERLEIN and BOENNING & SCATTERGOOD,** : | |
| : | |
| Defendants : | |

# O R D E R

In accordance with the memorandum issued in the above-captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Boenning's motion to enforce and for sanctions, **(Doc. 109)**, is **GRANTED IN PART AND DENIED IN PART**;

**(2)** the motion is **GRANTED** to the extent that defendant Boenning seeks enforcement of the settlement agreement entered into before this court on October 21, 2016;

**(3)** the instant action is **DEEMED SETTLED**;

**(4)** all claims and counterclaims raised by all parties are **DISMISSED WITH PREJUDICE** subject to the terms discussed at the final pre-trial conference in this matter on

October 21, 2016; and

**(5)**     the motion is **DENIED** in all other respects.

                                       s/ *Malachy E. Mannion*
                                       **MALACHY E. MANNION**
                                       **United States District Judge**

**Date: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0961-01-ORDER.wpd