UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3391
_____

DOMINION DEVELOPMENT GROUP, LLC

v.

CINDY BEYERLEIN; BOENNING & SCATTERGOOD

Dominion Development Group, LLC;
Dominion Development Group Derivatively on
behalf of Flagstaff Resort Land Holdings, Ltd.,
Appellants

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 3-15-cv-00961)
District Judge: Hon. Malachy E. Mannion
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 11, 2018
_____

Before:  SMITH, *Chief Judge*, McKEE, and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This case came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted on December 11, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on September 28, 2017 is VACATED, thus leaving in place the October 21 Order of Dismissal.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 24, 2019